DAVID T. DIBIASE (Bar No. 56883)
dtd@amclaw.com
HENRY S. ZANGWILL (Bar No. 46203)
hsz@amclaw.com
ANDERSON, McPHARLIN & CONNERS LLP
444 South Flower Street
Thirty-First Floor
Los Angeles, California  90071-2901
TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594

*E-FILED 07-01-2011*

**Attorneys for Defendant PROGRESSIVE CASUALTY INSURANCE COMPANY**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| VALLEY COMMUNITY BANK,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY, an Ohio Corporation,<br><br>　　　　Defendant. | Case No. CV 11-00574 JF<br><br>(Removed from State Court February 8, 2011)<br><br>[PROPOSED]<br>**ORDER ALLOWING DEPOSITIONS OF PRISONERS**<br><br>[Re:   Docket No. 26] |

　　　　Having reviewed and considered the Stipulation of the parties, and good cause appearing therefor,

　　　　**IT IS HEREBY ORDERED** as follows:

　　　　(1)　　Leave is granted, pursuant to Federal Rule 30(a) (2) (B), for the parties herein to take the deposition of William Del Biaggio, III, as follows:

　　　　　　(a)　　The prison officials at Lompoc Federal Correctional Complex ("Lompoc") are ordered to cooperate with the Santa Barbara County Sheriff's department in effectuating service of a deposition subpoena upon William Del Biaggio, III;

　　　　　　(b)　　All attorneys who will attend the deposition, together with all court reporters and videographers, shall, prior to the date of the deposition, complete

1  and deliver to Lompoc a NCIC Authorization for Release of Information form;

2      (c)    All attorneys, court reporters, videographers and other
3  individuals attending the deposition shall submit to Lompoc a listing of all items
4  that will be brought into the prison;

5      (d)    If any party desires to videotape the deposition, that party shall
6  submit to Lompoc a request that a videographer be allowed to record the proceedings, and shall
7  submit to Lompoc a list of all equipment that the videographer will possess when they attend the
8  deposition;

9      (e)    Each party shall submit a letter to Lompoc stating the names of
10  all individuals who will be attending the deposition;

11      (f)    The deposition shall be taken on a date to be approved by
12  Lompoc and Lompoc is ordered that in selecting the date to give full and fair
13  consideration to the date or dates requested by the parties.

14      (2)    Leave is granted, pursuant to Federal Rule 30(a) (2) (B), for the parties
15  herein to take the deposition of David Scott Cacchione, as follows:

16      (a)    The prison officials at Herlong Federal Correctional Institution
17  ("Herlong") are ordered to cooperate with the Lassen County Sheriff's department in
18  effectuating service of a deposition subpoena upon David Scott Cacchione;

19      (b)    All attorneys who will attend the deposition, together with all
20  court reporters and videographers, shall, prior to the date of the deposition, complete
21  and deliver to Herlong a NCIC Authorization for Release of Information form;

22      (c)    All attorneys, court reporters, videographers and other
23  individuals attending the deposition shall submit to Herlong a listing of all items that
24  will be brought into the prison;

25      (d)    If any party desires to videotape the deposition, that party shall
26  submit to Herlong a request that a videographer be allowed to record the
27  proceedings, and shall submit to Herlong a list of all equipment that the
28  videographer will possess when they attend the deposition;

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

(e)     Each party shall submit a letter to Herlong stating the names of all individuals who will be attending the deposition;

(f)     The deposition shall be taken on a date to be approved by Herlong and Herlong is ordered that in selecting the date to give full and fair consideration to the date or dates requested by the parties.

DATED:   July 1, 2011

Honorable ~~Jeremy Fogel~~ Howard R. Lloyd
United ~~States District Court~~ Judge
Magistrate